

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-18-00418-CV

**IN RE WOOD GROUP PSN INC.**, Miller Environmental Services L.L.C., Star Tex Gasoline & Oil Distributors Inc., Basic Energy Services Inc., Cameron Inc., Chacho's Vacuum Service Inc., Coastal Chemical Co. L.L.C., Flint Energy Services Inc., FTS International Services L.L.C., Helmerich & Payne International Drilling Co., Mission Petroleum Carriers Inc., Murphy Exploration & Production Company - USA, Murphy Oil Corporation, Plains All American Pipeline L.P.

Original Mandamus Proceeding[1]

### ORDER

On June 22, 2018, relators filed a petition for writ of mandamus, the real party in interest responded, and relators replied. After reviewing the petition, the response, and the reply, we conclude relators are entitled in part to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART and DENIED IN PART. TEX. R. APP. P. 52.8(c).

The Honorable Amado J. Abascal, III is ORDERED to (1) vacate that portion of his order denying the Rule 91a motion to dismiss; and (2) grant the Rule 91a motion to dismiss. The writ will issue only in the event the trial court fails to comply within fifteen days from the date of this order. In all other respects the petition for writ of mandamus is DENIED.

It is so **ORDERED** on October 3, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 13-05-11980-DCVAJA, styled *County of Dimmit v. Murphy Exploration & Production Co., et al.*, pending in the 365th Judicial District Court, Dimmit County, Texas, the Honorable Amado J. Abascal, III presiding.